AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

EDWARD DAVIES and JOANNE DAVIES,
husband and wife,

                Plaintiffs,

v.

GRANT COUNTY, WASHINGTON; JEFFREY WADE and JANE DOE WADE, husband and wife, individually and the marital community composed thereof; EDWARD LANGSHAW, and DEBORAH LANGSHAW, husband and wife, individually and the marital community

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-121-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED WITH RESPECT TO PLAINTIFFS' 1983 CLAIMS.

THE REMAINING STATE LAW CLAIMS ARE DISMISSED WITHOUT PREJUDICE.

August 23, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry